AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

JIN CHUN HU,

Plaintiff,

V.

ISLAND SEVEN COLORS, INC., a CNMI corporation,
KIM CHANG RYEOL and DOE 1,

Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV − **05    0030**

F I L E D
Clerk
District Court

OCT − 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of Defendant)

KIM CHANG RYEOL
PMB 104, P.O. Box 10,000
Chalan Kanoa
Saipan, Mariana Islands 96950

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark B. Hanson, Esq.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
(670) 233-8600
(670) 233-5262

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(By) DEPUTY CLERK

October 4, 2005

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | October 04, 2005    5:10 p.m. |
| NAME OF SERVER (PRflVT) Rowena J. De Vera | TITLE | Admin. Assistant |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the defendant. Place where served: **at Island Seven Coiòr Photo Shop in Chalan Kanoa, Saipan.**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *10-05-2005*
_____
Date

Signature of Server

PMB 738, Box 10,000, Saipan, MP 96950
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.