Reynaldo O. Yana
Attorney at Law
P.O. Box 500052
Saipan, MP 96950
Tel. (670)234-6529
Fax (670) 234-8969

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JIN CHUN HU, | ) CIVIL CASE NO. CV-05-0030 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **DEFENDANTS' ANSWER** |
| ISLAND SEVEN COLORS, INC., KIM | ) **PLAINTIFF'S COMPLAINT** |
| CHANG RYEOL and DOE I, | ) |
| Defendants. | ) |

Defendants, by and through their undersigned counsel, hereby set forth their answer to the plaintiff's complaint as follows:

1. Defendants admit the allegations in paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 23, 35, 51, 52, 53, 55, 60, and 61 of the plaintiff's complaint.

2. . Defendants deny the allegations in paragraphs 1, 2, 3, 4, 18, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 42, 43, 44, 46, 47, 48, 49, 54, 56, 57, 58, 62, 63, 64, 65, 66, and 67 of the plaintiff's complaint.

3. Defendants admit that part of the sentence in paragraph 20 of the plaintiff's complaint which states that Mr. Jin was an employee of Island Seven within the meaning of §9212(c) of the MWHA, but deny that part of sentence in paragraph 20 of the

1

plaintiff's complaint which states that Mr. Jin was employed by Island Seven within the meaning of §203(c)(1) of FLSA.

4. Defendants admit that part of the sentence in paragraph 21 of the plaintiff's complaint which states that Island Seven was an employer of Mr. Jin within the meaning of §9212(f) of the MWHA, but deny that part of sentence in paragraph 21 of the plaintiff's complaint which states that Island Seven is an employer within the meaning of §203(d) of FLSA.

5. Defendants admit that part of the sentence in paragraph 22 of the plaintiff's complaint which states that Mr. Jin was employed by Island Seven within the meaning of §9212(d) of the MWHA, but deny that part of sentence in paragraph 22 of the plaintiff's complaint which states that Mr. Jin was employed by Island Seven within the meaning of §203(d) of FLSA.

6. Defendants admit or deny the allegations in paragraph 41 as shown above.

7. Defendants admit or deny the allegations in paragraph 45 as shown above.

8. Defendants admit or deny the allegations in paragraph 50 as shown above.

9. Defendants admit or deny the allegations in paragraph 59 as shown above..

## AFFIRMATIVE DEFENSES

1. The court has no subject matter jurisdiction over the plaintiff's federal claims, and therefore has no jurisdiction over the plaintiff's pendent claims.

2. The plaintiff's claim is now barred by reason of the settlement agreement between the parties on October 24, 2005, or as an alternative is bound by contract to dismiss his claim against the defendants.

Dated this 23rd day of November , 2005.

_____
REYNALDO O. YANA
Attorney for Defendants



EXHIBIT __A__

# SETTLEMENT AGREEMENT

This agreement made this _24th_ day of _OCTOBER_, 2005 by and between **Island Seven Colors, Inc.**(hereinafter referred to as "**Employer**") of Saipan, Commonwealth of the Mariana Islands, and **ChunHu Jin** (hereinafter referred to as "**Employee**") of Saipan, Commonwealth of the Mariana Islands:

I. "**Employer**" shall pay to "**Employee**" as follows:
   A. $5,000 as settlement consideration
   B. Air-ticket to China

II. "**Employee**" shall drop his civil lawsuit (05-0030) against "**Employer**" and **Kim, Chang Ryeol** and shall not file any criminal and/or civil/labor complaints against "**Employer**" or its officers and/or directors.

III. "**Employee**" shall pay his attorney fees and other expenses regarding lawsuit No. 05-0030.

IV. "**Employee**" shall depart Saipan on October 25, 2005.

IN WITNESS WHEREOF we have executed this assignment on the day and year first above written.

_____          _____
**Kim, Chang Ryeol**                    **ChunHu Jin**
**Authorized Representative**

Commonwealth of the Northern )
Mariana Islands              )ss
Saipan, MP 96950             )

On this _24th_ day of _OCT_, 2005 before me, a Notary Public for and in the the Commonwealth of the Northern mariana Islands, personnally appeared _KIM, CHANG RYEOL and CHUNHU JIN_, known to me to be the persons whose names are subscribed into the instrument and who acknowledged that they executed the same as their free act and deed.

WITNESS my hand and seal on the day, month, and year last above written.

_____

**Clarke American.**
*Transacting America's Business*



**ISLAND SEVEN COLORS, INC.**
PMB 104
P. O. BOX 10000
SAIPAN, MP 96950
PH: (670)234-3312

2188
101-501/1214
32

DATE 10/24/2005

PAY TO THE ORDER OF   Chunhu Jin                $ 5,000.00

**Five Thousand & 00/100 Only**                 DOLLARS

**Bank of Hawaii**
GARAPAN BRANCH
SAIPAN, MP 96950

NON-NEGOTIABLE

⑈002188⑈ ⑈121405018⑈ 0032⑈030840⑈

---

ISLAND SEVEN COLORS, INC.
SAIPAN, MP 96950

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24/2005 | Payment for Settlement for a labor case | $5,000.00 |

金春虎

NON-NEGOTIABLE

Economy Class Boarding Pass 탑승권

Shinyoung Printing

insert

NAME 성명 JIN.CHUNHUMR

FROM 출발지 SPN → TO 도착지 ICN

FLIGHT NO. 편명 OZ 255

DATE 탑승일 25OCT05

-ZONE C-

GATE 탑승구 搭乘口 5

BOARDING TIME 탑승시각 搭乘時刻 0220

SEQ 102/SY/38K

SELECTEE

Boarding gate closes 10 minutes prior to departure time.
航空機 定時出發을 위하여 出發時間 10分前에 搭乘이 終了됩니다.

AGT: CHOI

NAME 성명 JIN.CHUNHUMR

FROM 출발지 SAIPAN

TO 도착지 SEOUL ICN

FLIGHT NO 편명 OZ 255 DATE 탑승일 25OCT05

DEP.TIME 출발시각 出發時刻 0250

SEAT NO. 좌석번호 座席番號 38K

ZONE C

MEMBERSHIP CARD NO.

BAGGAGE 수하물 0/ 0 TIMES MILES YY CLASS

Asiana Airlines

Economy Class Boarding Pass 탑승권

Shinyoung Printing

insert

NAME 성명 JIN.CHUNHUMR

FROM 출발지 ICN → TO 도착지 CGQ

FLIGHT NO. 편명 OZ 337

DATE 탑승일 25OCT05

-ZONE A-

GATE 탑승구 搭乘口 38

BOARDING TIME 탑승시각 搭乘時刻 0930

SEQ 002/SY/16F

SELECTEE

Boarding gate closes 10 minutes prior to departure time.
航空機 定時出發을 위하여 出發時間 10分前에 搭乘이 終了됩니다.

SPN

NAME 성명 JIN.CHUNHUMR

FROM 출발지 SEOUL ICN

TO 도착지 CHANGCHUN

FLIGHT NO 편명 OZ 337 DATE 탑승일 25OCT05

DEP.TIME 출발시각 出發時刻 1010

SEAT NO. 좌석번호 座席番號 16F

ZONE A

MEMBERSHIP CARD NO.

BAGGAGE 수하물 0/ 0 TIMES MILES YY CLASS

Asiana Airlines













