F I L E D
Clerk
District Court

DEC - 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiff Jin Chun Hu

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU, | CASE NO. CV 05-0030 |
| Plaintiff, | |
| vs. | PLAINTIFF'S INITIAL DISCLOSURES |
| ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL and DOE 1, | |
| Defendants. | |

COMES NOW, Plaintiff JIN CHUN HU, by and through his attorney, pursuant to Fed. R. Civ. P. 26(a)(1) and LR 16.2CJ(d), with the following disclosures:[1]

A.   **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following individuals and entities are likely to have discoverable information that Plaintiff may use to support his claims in this case:

1. Plaintiff Jin Chun Hu who may be contacted through his attorney of record at the address and phone numbers above listed;

2. Ms. Xuan Hui Shan, residing in Saipan but contact information currently unknown, is familiar and can testify as to the salary received, rent and other fee paid, and working hours of

---

[1] A copy of Plaintiff's Initial Disclosures has been filed with the Court. *See* L.R. 16.2CJ.d.



1 Plaintiff while employed by Defendants.

2     3. Ms. Han Guo Hua, currently residing in Korea but contact information unknown, has information on the fees and expenses paid by Plaintiff related to airfare and other application fees, permit fees, and recruitment expenses paid by Plaintiff for his employment with Defendants.

    4. Defendants have information relating to Plaintiff's claims and potential claims for retaliation, fraud and fraud in the inducement, among other possible future claims.

    5. Mr. Simon Sin, Saipan Korean Weekly has information on Plaintiff's claims, Defendants' liability, and the facts and circumstances surrounding possible retaliation against Plaintiff for filing FLSA claims, possible fraud and fraudulent inducement of with regard to a purported compromise of Plaintiff's claims, and other facts and circumstances surrounding this case.

    6. Ms. Hyun Hye Sun, believed to be the wife of Defendant Kim and a joint employer of Plaintiff, has information regarding all of Plaintiff's claims against Defendants.

Several other past and present employees and or associates of Defendants and their business, may have information Plaintiff may use to support his claims in this case.

    Plaintiff reserves the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e).

**B.    LISTING, DESCRIPTION AND LOCATION OF DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS**

1. Copy of passport of Jin Chunhu (Bates Doc. Nos. 1-3);
2. Copy of entry permit of Jin Chunhu (Bates Doc. No. 4);
3. Copy of a handwritten notations (Bates Doc. No. 5);
4. Copies of calendars with handwritten notations (8 pages) from January 2005 through September 2005, excluding May 2005 (Bates Doc. Nos. 6-13);
5. Copy of letter from Colin Thompson to Mark B. Hanson dated October 25, 2005 (Bates Doc. Nos. 14-15);
6. Copy of facsimile(with fax cover page) of letter from Colin Thompson to Mark B.

Hanson dated October 25, 2005 (Bates Doc. Nos. 16-17);

7. Business Card of Simon Sin (Bates Doc. No. 18);

8. Annual Corporation Report for Island Seven Colors, Inc. dated March 17, 2004 (Bates Doc. Nos. 19-20).

Copies of the above-described documents are being provided herewith to Defendants. Plaintiff reserves the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e).

C. COMPUTATION OF DAMAGES

Reserving the right to modify or amend the dates, hours and/or amounts provided to reflect, more accurately, the nature of Plaintiff's damages based on subsequent information and evidence obtained, attached hereto is a rough calculation of Plaintiff's damages, excluding interest, costs and attorney's fees, calculated based on preliminary information subject to further clarification and refinement though discovery. Without admitting that such wage rates are the applicable, legal, rates, the hourly rates used therein are $3.05 per hour based on the CNMI minimum wage rate applicable for the relevant pay periods. Base rate(s) may subject to upward adjustment pursuant to 29 U.S.C. § 207(e) in order to determine the proper amount of the applicable overtime premium. The preliminary overtime premiums used in the Calculation of Damages attached are one and one-half times Plaintiff's base rates as stated above before any § 207(e) adjustment. The "wages paid" in the Calculation of Damages have been inserted generally, monthly without regard to the actual timing of the payments. Actual payments were made sporadically throughout the month. The total wages paid should reflect Plaintiff's total actual wages received through his employment with Defendants.

D. LIABILITY INSURANCE AGREEMENT

Defendants, or any of them, may have, or may have had, various policies of insurance that would cover some or all of the claims advanced by Plaintiff in this matter. However, the existence and terms of such policy or policies are unknown to Plaintiff and, therefore, need to be identified by

1 | Defendants in their initial disclosures.

2 | E.    **CERTIFICATION**

3 |     Pursuant to Fed. R. Civ. P. 26(g)(1), I hereby certify that to the best of my knowledge,
4 | information, and belief, formed after reasonable inquiry, that the above disclosure is complete and
5 | correct as of the date set forth below.

6 |

7 |     DATED this 9th day of December, 2005.

*[signature]*

MARK B. HANSON
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950

Attorney for Plaintiff JIN CHUN HU

## JIN CHUN HU CALCULATION OF DAMAGES
(January 28, 2005 to January 21, 2006)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Deductions/ Rent | Liquidated Damages | Total Due |
| 2/6/05 | 58.0 | 50.0 | 3.05 | 4.58 | 176.90 | 229.00 | | 405.90 | 1025.00 | 1430.90 | 2861.80 |
| 2/20/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 500.00 | 147.04 | 50.00 | 197.04 | 394.08 |
| 3/6/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | | 647.04 | | 647.04 | 1294.08 |
| 3/20/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 500.00 | 147.04 | | 147.04 | 294.08 |
| 4/3/05 | 80.0 | 76.0 | 3.05 | 4.58 | 244.00 | 348.08 | | 592.08 | | 592.08 | 1184.16 |
| 4/17/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 500.00 | 147.04 | | 147.04 | 294.08 |
| 5/1/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | | 647.04 | | 647.04 | 1294.08 |
| 5/15/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | | 647.04 | | 647.04 | 1294.08 |
| 5/29/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 500.00 | 147.04 | | 147.04 | 294.08 |
| 6/12/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | | 647.04 | | 647.04 | 1294.08 |
| 6/26/05 | 80.0 | 82.0 | 3.05 | 4.58 | 244.00 | 375.56 | 500.00 | 119.56 | | 119.56 | 239.12 |
| 7/10/05 | 80.0 | 76.0 | 3.05 | 4.58 | 244.00 | 348.08 | | 592.08 | | 592.08 | 1184.16 |
| 7/24/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 500.00 | 147.04 | | 147.04 | 294.08 |
| 8/7/05 | 80.0 | 76.0 | 3.05 | 4.58 | 244.00 | 348.08 | | 592.08 | | 592.08 | 1184.16 |

Page 1 of 2

## JIN CHUN HU CALCULATION OF DAMAGES
(January 28, 2005 to January 21, 2006)

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | Regular Hours | OT Hours | Regular Rate/hr | Overtime Rate/hrOT | Regular wages owed | Overtime wages owed | Wages paid | Wages due | Deductions/ Rent | Liquidated Damages | Total Due |
| 8/21/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 | 300.00 | 347.04 |  | 347.04 | 694.08 |
| 9/4/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 |  | 647.04 |  | 647.04 | 1294.08 |
| 9/18/05 | 80.0 | 82.0 | 3.05 | 4.58 | 244.00 | 375.56 |  | 619.56 |  | 619.56 | 1239.12 |
| 10/2/05 | 80.0 | 88.0 | 3.05 | 4.58 | 244.00 | 403.04 |  | 647.04 | 190.00 | 647.04 | 1484.08 |
| 10/16/05 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 10/30/05 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 11/13/05 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 11/27/05 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 12/11/05 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 12/25/05 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 1/8/06 | 80.0 |  | 3.05 | 4.58 | 244.00 | 0.00 |  | 244.00 |  | 244.00 | 488.00 |
| 1/22/06 | 72.0 |  | 3.05 | 4.58 | 219.60 | 0.00 |  | 219.60 |  | 219.60 | 439.20 |
|  | 2,050 | 1,498 |  |  | 6,252.50 | 6,860.84 | 3,300.00 | 9,813.34 | 1,265.00 | 10,888.34 | 21,966.68 |

Page 2 of 2