Reynaldo O. Yana
Attorney at Law
P.O. Box 500052
Saipan, MP 96950
Tel. (670)234-6529
Fax (670) 234-8969

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU, | ) CIVIL CASE NO. CV-05-0030 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **DEFENDANTS' CASE** |
| ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL and DOE I, | ) **MANAGEMENT CONFERENCE** ) **STATEMENT** |
| | ) Date: December 14, 2005 |
| Defendants. | ) Time: 8:30 AM |
| | ) Judge: Alex R. Munson |

Defendants, by and through their attorney, make the following Case Management Conference Statement:

A. Service on process on parties not yet served. None.

B. Jurisdiction and venue: The defendants challenge the subject matter jurisdiction of this court to entertain the plaintiff's FLSA claims and the plaintiff's local claim on the ground that the defendants have never been engaged in commerce or in the production of goods for commerce, nor has the plaintiff ever been employed in an enterprise engaged in commerce, or in the production of good for commerce.

C. Track Assignment: Defendants agree with the plaintiff's recommendation for an expedited track assignment.

D. Anticipated Motions: Motion to dismiss, and any other motions.

1

2

E. Discovery: The defendants will be requesting documents from the plaintiff. There will be no limitaiton on discovery.

F. Further proceedings: none.

G. Special procedures: none

H. Modification of standard pre-trial procedures: none

I. Settlement Prospects: none.

J. Other matters: none.

K. Setting of dates: I concur with plaintiff's setting of dates.

Dated this 12TH day of December, 2005.

_____
REYNALDO O. YANA
Attorney for Defendants