F I L E D
Clerk
District Court

DEC 13 2005

Reynaldo O. Yana
Attorney at Law
P.O. Box 500052
Saipan, MP 96950
Tel. (670)234-6529
Fax (670) 234-8969

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU, | ) CIVIL CASE NO. CV-05-0030 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **DEFENDANTS'** |
| ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL and DOE I, | ) **INITIAL DISCLOSURES** |
| | ) Date: December 14, 2005 |
| Defendants. | ) Time: 8:30 AM |
| | ) Judge: Alex R. Munson |

Defendants, by and through their attorney, make the following Initial Disclosures:

A. Persons likely to have discoverable information: Kim, Chang Ryeol, Lee, Kang Hae, and Lee, Kang Yeol.

B. Listing, description and location of documents, data compilations and tangible things: (a) copy of articles of incorporation (in defendants' possession), (b) business gross receipts for 2003, 2004 and 2005 (in defendants' possession), (c) copy of business license (in defendants' possession).

C. Computation of Damages: The defendants deny any damages.

D. Liability Insurance: none, except the regular labor bond.

E. Certification: Pursuant to Fed.R.Civ.P. 26(g)(1), I hereby certify to the best of my knowledge, information, and belief, formed after reasonable inquiry, that the above disclosure is complete and correct as of the date set forth below.

Dated this 13th day of December, 2005.

_____
REYNALDO O. YANA
Attorney for Defendants