UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

DEC 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| JIN CHUN HU,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND SEVEN COLORS, INCL, KIM CHANG RYEOL and DOE 1,<br><br>Defendants. | Civil Action No. 05-0030<br><br>ORDER SETTING STATUS<br>CONFERENCE |

Mark B. Hanson
Attorney at Law
PMB 738, P.O. Box 1000
Saipan, MP 96950

Reynaldo O. Yana
Attorney at Law
P.O. Box 500052
Saipan, MP 96950

A Status Conference in the above case is set for Tuesday, February 21, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 14th day of December, 2006

*Alex R. Munson* (signature)

Judge Alex R. Munson

AO 72
(Rev. 8/82)