

DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(Please type or print in ink)   (See reverse of this form for instructions)   **20 04** DLN

| A. 1. Taxpayer's Name | | C. 1. Taxpayer's Identification Number (TIN) | F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED |
|---|---|---|---|
| **Island Seven Colors, Inc.** | | 99-0002038 | |
| A. 2. Doing Business As | | C. 2. TIN previously reported, if different from above | |
| | | 99-0002038 | ☐ |
| B. Mailing Address | | D. Quarter Ended | |
| **PMB 104 Box 10000, Saipan, MP 96950** | | March, 2004 | DATE |
| CHECK IF: ☐ AMENDED   ☐ CONSOLIDATED   ☑ORIGINAL | | E. Telephone Number (670) 234-3312 | |

| G. BUSINESS FORM: | H. LOCATION OF BUSINESS | I. ACTIVITIES | |
|---|---|---|---|
| ☐ SOLE PROPRIETORSHIP    ☐ PARTNERSHIP | ☒ SAIPAN   ☐ TINIAN | ☒ RETAILING   ☐ LAND LEASE | ☐ BARBER/BEAUTY SHOP |
| ☒ CORPORATION    ☐ ASSOCIATION | ☐ ROTA   ☐ NORTHERN IS. | ☐ CONSTRUCTION   ☐ NIGHT CLUB | ☐ HOUSE RENTAL (UNITS___) |
| ☐ NON-PROFIT ORGANIZATION | CK / SAN ANTON | ☐ TAILORING SHOP   ☒ SERVICES  PHOTO DEVELOPING | |
| | (Indicate Village) | ☐ OCEAN SHIPPING   ☐ OTHER(S):_____ | (Specify each separately) |

| J. COMPUTATION OF TAX AND OTHER CHARGES | | | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | ▶ | 41,281.57 | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | ▶ | | |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | ▶ | | |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | ▶ | | |
| 5. TOTAL OF LINES 1, 2, 3, AND 4. | ▶ | 41,281.57 | |
| 6. LESS REVENUE NOT SUBJECT TO TAX.  (attach detailed statement of explanation) | ▶ | | |
| 7. GROSS REVENUE SUBJECT TO TAX.  (line 5 minus line 6) | ▶ | 41,281.57 | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | ▶ | 1,032.04 | |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S). Current year only. | ▶ | - | |
| 10. TAX ALLOCATED THIS QUARTER.  (line 8 minus line 9) | ▶ | 1,032.04 | |
| 11. ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | ▶ | | |
| 12. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | ▶ | | |
| 13. TAX DUE (OVERPAYMENT) THIS QUARTER.  (line 10 minus lines 11 and 12, if any) | ▶ | 1,032.04 | |
| 14a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | ▶ | | |
| 14b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | ▶ | | |
| 14c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | ▶ | | |
| 14d. EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | ▶ | | |
| 15a. OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM , IF ANY. (See instructions) | ▶ | | |
| 15b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | |
| 15c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | |
| 16. TAX AFTER CREDIT.  (line 13 minus lines 14d and 15a) | ▶ | 1,032.04 | |
| 17. PENALTY CHARGE  (If return is filed and paid after the deadline, complete this line.)   17a (10%)   17b ( 1%) | ▶ | | |
| 18. INTEREST CHARGES.  (If payment is made after the deadline, complete this line.) | ▶ | | |
| 19. TOTAL DUE (Add lines 16, 17a, 17b and 18)    PAY THIS AMOUNT | ▶ | 1,032.04 | |

K. **DECLARATION:** Under the penalties of penalty, I declare that this return is, to the best of my knowledge and belief, true and correct.

| Kim, Chang Ryeol | President | 4-29-04 |
|---|---|---|
| Name (Typed) and Signature | Title | Date |

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN |
|---|---|---|---|---|
| | Firm's Name: | | Mailing Address: | |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| Account No: | Account No | Account No | Account No |
| Amount | Amount | Amount | Amount |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK |
| VERIFIED BY: | INPUT BY: | INPUT DATE | |

Form OS-3105 (Rev 1/2004)    NOTE: This revision is effective 4th Quarter 2003.




# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name | Island Seven Colors, Inc. | | C. 1. Taxpayer's Identification Number (TIN) 99-0002038 |
|---|---|---|---|
| B. Doing Business As | | | C. 2. TIN previously reported, if different from above 99-0002038 |
| | | | D. Quarter Ended March, 2004 |

| E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. | 8818 | Retailing | 1,614.54 | |
| 2. | 6613 | Photo Developing | 24,117.03 | |
| 3. | 8300 | Rental | 15,550.00 | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE | $ 41,281.57 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.  Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.  Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1.  Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2.  Enter your Federal Employer I.D. Number used in previous quarter.
D.  Enter the quarter ended for which you are filing this schedule.
E.1.  Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2.  Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.  Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G.  Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.  **DO NOT WRITE IN THIS SPACE.**

Schedule: **OS-3105A** (Rev.1/2004)          **NOTE: This revision is effective 4th Quarter 2003.**

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box 5234 CHRB
Saipan, MP 96950

OFFICIAL CASH RECEIPT

Payment Entered:  4/30/2004                    Receipt No.: 001014809

Received From: Island Seven Colors, Inc.
               PMB 104 Box 10000
               Saipan, MP 969500000

Taxpayer ID  : 990002038   Date:  4/30/2004  16:51:15   Received By: REVRFS1

Payment to Account(s):

   Bus. Gross Revenue Tax-CY              1000 40110              1,032.04
   990002038   OS-3105G     2004    1
   Island Seven Colors, Inc.


Payment(s) Tendered:
   Check                 101501              0032030840

                        TOTAL . . . . . . . . :        1,032.04


         *** KEEP THIS RECEIPT FOR YOUR RECORDS ***




COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

2004 DLN

(Please type or print in ink)  (See reverse side of this form for instructions)

| A. 1. Taxpayer's Name Island Seven Colors, Inc. | C. 1. Taxpayer's Identification Number (TIN) 99-0002038 | F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED ☐ |
|---|---|---|
| A. 2. Doing Business As | C. 2. TIN previously reported, if different from above | |
| B. Mailing Address PMB 104 Box 10000, Saipan, MP 96950 | D. Quarter Ended June, 2004 | |
| CHECK IF: ☐ AMENDED  ☐ CONSOLIDATED  ☐ ORIGINAL | E. Telephone Number(s) (670) 234-3312 | DATE |

2004 AUG -2 PM 4:33:18

| G. BUSINESS FORM: | H. LOCATION OF BUSINESS | I. ACTIVITIES |
|---|---|---|
| ☐ SOLE PROPRIETORSHIP  ☐ PARTNERSHIP | ☑ SAIPAN  ☐ TINIAN | ☑ RETAILING  ☐ LAND LEASE  ☐ BARBER/BEAUTY SHOP |
| ☑ CORPORATION  ☐ ASSOCIATION | ☐ ROTA  ☐ NORTHERN IS. | ☐ CONSTRUCTION  ☐ NIGHT CLUB  ☐ HOUSE RENTAL (UNITS ___) |
| ☐ NON-PROFIT ORGANIZATION | | ☐ TAILORING SHOP  ☑ SERVICES  PHOTO DEVELOPING |
| | CK (Indicate Village) | ☐ OCEAN SHIPPING  ☑ OTHER(S) COMM'L SPACE RENTAL |
| | | (Specify each separately) |

### J. COMPUTATION OF TAX AND OTHER CHARGES

| | | | |
|---|---|---|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | ▶ | 41,281.57 | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | ▶ | 37,636.18 | |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | ▶ | | |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | ▶ | | |
| 5. TOTAL OF LINES 1, 2, 3, AND 4. | ▶ | 78,917.75 | |
| 6. LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement of explanation) | ▶ | | |
| 7. GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | ▶ | 78,917.75 | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | ▶ | 1,972.94 | |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S). Current year only. | ▶ | 1,032.04 | |
| 10. TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | ▶ | 940.90 | |
| 11. ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | ▶ | | |
| 12. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | ▶ | | |
| 13. TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus lines 11 and 12, if any) | ▶ | 940.90 | |
| 14a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | ▶ | | |
| 14b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | ▶ | | |
| 14c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | ▶ | | |
| 14d. EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | ▶ | | |
| 15a. OVERPAYMENT CREDIT FROM FORM 1120CM or 1040 CM , IF ANY. (See instructions) | ▶ | | |
| 15b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | |
| 15c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | |
| 16. TAX AFTER CREDIT. (line 13 minus lines 14d and 15a) | ▶ | 940.90 | |
| 17. PENALTY CHARGE (If return is filed and paid after the deadline, complete this line.)  17a (10%) | ▶ | | |
| 17b ( 1%) | ▶ | | |
| 18. INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | ▶ | | |
| 19. TOTAL DUE (Add lines 16, 17a, 17b and 18)  PAY THIS AMOUNT | ▶ | 940.90 | |

K. **DECLARATION:** Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

Signature

| Kim, Chang Ryool | President | |
|---|---|---|
| Name (Typed) and Title | Title | Date |

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | Mailing Address: | | |

### FOR OFFICIAL USE ONLY

| Account No: | Account No: | Account No: | Account No: |
|---|---|---|---|
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

Form: OS-3105 (Rev. 1/2004)  NOTE: This revision is effective 4th Quarter 2003.




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
# SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name Island Seven Colors, Inc. | | C. 1. Taxpayer's Identification Number (TIN) 55-0002638 |
|---|---|---|
| B. Doing Business As | | C. 2. TIN previously reported, if different from above 55-0002638 |
| | | D. Quarter Ended June, 2004 |

| E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. | 6613 | Retailing | 2,013.28 | | |
| 2. | 6613 | Photo Developing | 27,272.90 | | |
| 3. | 8300 | Rental | 8,350.00 | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| | TOTAL GROSS REVENUE | $ | 37,636.18 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.  Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.  Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1.  Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2.  Enter your Federal Employer I.D. Number used in previous quarter.
D.  Enter the quarter ended for which you are filing this schedule.
E.1.  Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2.  Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.  Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G.  Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.  DO NOT WRITE IN THIS SPACE.

Schedule: OS-3105A (Rev. 1/2004)          NOTE: This revision is effective 4th Quarter 2003.

```
                    CNMI Tax System Release 6.0
          Commonwealth of the Northern Mariana Islands
                       Commonwealth Treasury
                        P.O. Box 5234 CHRB
                         Saipan, MP 96950

                       OFFICIAL CASH RECEIPT
Payment Entered:  8/02/2004                    Receipt No.: 001079310

Received From: Island Seven Colors, Inc.
               PMB 104 Box 10000
               Saipan, MP 969500000

Taxpayer ID  : 990002038   Date:  8/02/2004  16:30:38   Received By: REVABR1

Payment to Account(s):

    Bus. Gross Revenue Tax-CY          1000 40110                 940.90
    990002038   OS-3105G     2004    2
    Island Seven Colors, Inc.


Payment(s) Tendered:
    Check                  101501          32030840

                            TOTAL . . . . . . . . :      940.90


        *** KEEP THIS RECEIPT FOR YOUR RECORDS ***
```

# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(See reverse side of this form for instructions)  **20 04**  **DLN**

Please type or print in ink)

| | |
|---|---|
| A. 1. Taxpayer's Name **Island Seven Colors, Inc.** | C. 1. Taxpayer's Identification Number (TIN) 99-0002038 |
| A. 2. Doing Business As | C. 2. TIN previously reported, if different from above 99-0002038 |
| B. Mailing Address **PMB 104 Box 10000, Saipan, MP 96950** | D. Quarter Ended September, 2004 |
| CHECK IF: ☐ AMENDED  ☐ CONSOLIDATED  ☐ ORIGINAL | E. Telephone Number(s) (670) 234-3312 |

F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED. ☐

DATE

**G. BUSINESS FORM:**
☐ SOLE PROPRIETORSHIP  ☐ PARTNERSHIP
☑ CORPORATION  ☐ ASSOCIATION
☐ NON-PROFIT ORGANIZATION

**H. LOCATION OF BUSINESS**
☑ SAIPAN  ☐ TINIAN
☐ ROTA  ☐ NORTHERN IS.

CK
(Indicate Village)

**I. ACTIVITIES:**
☑ RETAILING  ☐ LAND LEASE  ☐ BARBER/BEAUTY SHOP
☐ CONSTRUCTION  ☐ NIGHT CLUB  ☐ HOUSE RENTAL (UNITS ___)
☐ TAILORING SHOP  ☑ SERVICES *PHOTO / DEVELOPING*
☐ OCEAN SHIPPING  ☑ OTHER(S): *COMML SPACE RENTAL*

(Specify each separately)

**J. COMPUTATION OF TAX AND OTHER CHARGES**

| | | | |
|---|---|---:|---|
| 1. | TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31 | ▶ 41,281.57 | |
| 2. | TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | ▶ 37,636.18 | |
| 3. | TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | ▶ 30,844.57 | |
| 4. | TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | ▶ | |
| 5. | TOTAL OF LINES 1, 2, 3, AND 4. | ▶ 109,762.32 | |
| 6. | LESS REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | ▶ | |
| 7. | GROSS REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | ▶ 109,762.32 | |
| 8. | TAX ON AMOUNT SHOWN ON LINE 7. | ▶ 2,744.06 | |
| 9. | TAX ALLOCATED PREVIOUS QUARTER(S) *Current year only* | ▶ 1,972.94 | |
| 10. | TAX ALLOCATED THIS QUARTER. *(line 8 minus line 9)* | ▶ 771.12 | |
| 11. | ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | ▶ | |
| 12. | TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY | ▶ | |
| 13. | TAX DUE (OVERPAYMENT) THIS QUARTER. *(line 10 minus lines 11 and 12, if any)* | ▶ | |
| 14a. | ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | ▶ | |
| 14b. | ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | ▶ | |
| 14c. | EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | ▶ | |
| 14d. | EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | ▶ | |
| 15a. | OVERPAYMENT CREDIT FROM FORM 1120CM or 1040 CM , IF ANY. (See instructions) | ▶ | |
| 15b. | ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | |
| 15c. | ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | |
| 16. | TAX AFTER CREDIT. *(line 13 minus lines 14d and 15a)* | ▶ 771.12 | |
| 17. | PENALTY CHARGE *(If return is filed and paid after the deadline, complete this line.)* | 17a (10%) ▶ | |
| | | 17b ( 1%) ▶ | |
| 18. | INTEREST CHARGES. *(If payment is made after the deadline, complete this line.)* | ▶ | |
| 19. | TOTAL DUE (Add lines 16, 17a, 17b and 18)   PAY THIS AMOUNT | ▶ 771.12 | |

**K. DECLARATION:** Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

| | | |
|---|---|---|
| Name (Typed) and Signature  *Kim Chung Ryeol* | Title  President | Date  10/28/04 |

| PAID PREPARER'S USE ONLY | Preparer's Signature | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | Mailing Address: | | |

**FOR OFFICIAL USE ONLY**

| Account No: | Account No: | Account No: | Account No |
|---|---|---|---|
| Amount: | Amount: | Amount: | Amount |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK |
| | INPUT BY: | INPUT DATE | |

Form  O8-3105 (Rev. 1/2004)

NOTE: This revision is effective 4th Quarter 2003.




# DIVISION OF REVENUE AND TAXATION
### COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name | C. 1. Taxpayer's Identification Number (TIN) |
|---|---|
| **Island Seven Colors, Inc.** | 99-0002038 |
| B. Doing Business As | C. 2. TIN previously reported, if different from above |
| | 99-0002038 |
| | D. Quarter Ended |
| | September, 2004 |

| E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6818 | Retailing | 884.41 | | |
| 2. 6813 | Photo Developing | 17,960.16 | | |
| 3. 8300 | Rental | 12,000.00 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| TOTAL GROSS REVENUE | | $ 30,844.57 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.  Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.  Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1.  Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2.  Enter your Federal Employer I.D. Number used in previous quarter.
E.1.  Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2.  Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.  Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G.  Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.  **DO NOT WRITE IN THIS SPACE.**

Schedule: **OS-3105A** (Rev.1/2004)          **NOTE: This revision is effective 4th Quarter 2003.**

```
<<<<<<<                        CNMI Tax System Release 6.0
                    Commonwealth of the Northern Mariana Islands
                                Commonwealth Treasury
                                  P.O. Box 5234 CHRB
                                   Saipan, MP 96950

                              OFFICIAL CASH RECEIPT
Payment Entered: 11/02/2004                          Receipt No.: 001141353

Received From: Island Seven Colors, Inc.
               PMB 104 Box 10000
               Saipan, MP 969500000

Taxpayer ID : 990002038   Date: 10/29/2004  11:46:01   Received By: REVBOC3

Payment to Account(s):

    Bus. Gross Revenue Tax-PY          1000 40120                  771.12
    990002038   OS-31056      2004   3
    Island Seven Colors, Inc.


Payment(s) Tendered:
    Check                    101501           0032030840

                                  TOTAL . . . . . . . . :        771.12


          *** KEEP THIS RECEIPT FOR YOUR RECORDS ***
```

IVISIO        TAXATION
WEALTH       ERN MARIANA IS



| A. 1. Taxpayer's Name **Island Seven Colors, Inc.** | C. 1. Taxpayer's Identification (TIN) 99-0002038 | F. MARK HERE IF THIS IS A **FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED** ☐ |
|---|---|---|
| A. 2. Doing Business As | C. 2. TIN previously reported if different from above 99-0002038 | |
| B. Mailing Address **PMB 104 Box 10000, Saipan, MP 96950** | D. Quarter Ended December, 2004 | |
| CHECK IF: ☐ AMENDED ☐ CONSOLIDATED ☑ ORIGINAL | E. Telephone Number (670) 234-3312 | DATE |

| | | |
|---|---|---|
| TAILORING | ☑ SERVICES PHOTO DEVELOPING | HOUSE RENTAL (UNITS____) |
| | ☐ OTHER(S)_____ | |
| | | (Specify each separately) |

| J. **COMPUTATION OF TAX AND OTHER CHARGES** | | | | |
|---|---|---|---|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | ▶ | 41,281.57 | | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | ▶ | 37,636.18 | | |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30 | ▶ | 30,844.57 | | |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31 | ▶ | "",093."" | | |
| 5. TOTAL OF LINES 1, 2, 3, AND 4. | ▶ | 139,855.57 | | |
| 6. LESS REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | ▶ | | | |
| 7. GROSS REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | ▶ | 139,855.57 | | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | ▶ | 3,496.39 | | |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S) *Current year only* | ▶ | 2,744.06 | | |
| 10. **TAX ALLOCATED THIS QUARTER.** *(line 8 minus line 9)* | ▶ | 752.33 | | |
| 11. ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | ▶ | | | |
| 12. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY | ▶ | | | |
| 13. **TAX DUE (OVERPAYMENT) THIS QUARTER.** *(line 10 minus lines 11 and 12, if any)* | ▶ | 752.33 | | |
| 14a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | ▶ | | | |
| 14b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | ▶ | | | |
| 14c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | ▶ | | | |
| 14d. EDUCATION TAX CREDIT *(see instructions/attach Schedule ETC)* | ▶ | | | |
| 15a. OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM , IF ANY. (See instructions) | ▶ | | | |
| 15b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | | |
| 15c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | ▶ | | | |
| 16. **TAX AFTER CREDIT.** *(line 13 minus lines 14d and 15a)* | ▶ | 752.33 | | |
| 17. **PENALTY CHARGE** *(If return is filed and paid after the deadline, complete this line.)* | 17a (10%) | | | |
| | 17b ( 1%) | | | |
| 18. **INTEREST CHARGES.** *(If payment is made after the deadline, complete this line.)* | ▶ | | | |
| 19. **TOTAL DUE** (Add lines 16, 17a, 17b and 18) | PAY THIS AMOUNT ▶ | 752.33 | | |

K. **DECLARATION:** *Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.*

| Kim Chang Ryel | President | 1-31-05 |
|---|---|---|
| Name (Typed) and Signature | Title | Date |

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | | Mailing Address: | |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| Account No: | Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

08-3105 (Rev. 1/2004)       NOTE: This revision is effective 4th Quarter 2003.




# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name **Island Seven Colors, Inc.** | C. 1. Taxpayer's Identification Number (TIN) 99-0002038 |
|---|---|
| B. Doing Business As | C. 2. TIN previously reported, if different from above 99-0002038 |
| | D. Quarter Ended December, 2004 |

| E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6618 | Retailing | 1,257.55 | | |
| 2. 6613 | Photo Developing | 17,035.70 | | |
| 3. 8300 | Rental | 11,800.00 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE | $ 30,093.25 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A.    Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B.    Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1.    Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2.    Enter your Federal Employer I.D. Number used in previous quarter.
D.    Enter the quarter ended for which you are filing this schedule.
E.1.    Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2.    Specify the business activity the gross revenue is derived from if such activity code is not listed.
F.    Enter the Gross Revenue derived for each activity listed in item E. 1. or E.2.
G.    Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H.    DO NOT WRITE IN THIS SPACE.

Schedule OS-3105A (Rev. 1/2004)          NOTE: This revision is effective 4th Quarter 2003.