




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

*(Please Type or print in ink)*     (See reverse side of this form for instructions)     20 **05**     DLN _____

| | |
|---|---|
| A.1. Taxpayer's Name **Island Seven Colors, Inc.** | C.1. Taxpayer's Identification Number (TIN) **99-0002038** |
| A.2. Doing Business As | C.2. TIN previously reported, if different from above **99-0002038** |
| B. Mailing Address **PMB 104 Box 10000, Saipan, MP 96950** | D. Quarter Ended **December, 2005** |
| CHECK IF: ☐ AMENDED ☐ CONSOLIDATED ☒ ORIGINAL | E. Telephone Number(s) **670234-3312** |

F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED _____ DATE

**G. BUSINESS FORM**
- ☐ SOLE PROPRIETORSHIP
- ☒ CORPORATION
- ☐ NON-PROFIT ORGANIZATION
- ☐ PARTNERSHIP
- ☐ ASSOCIATION

**H. LOCATION OF BUSINESS**
- ☒ SAIPAN  ☐ TINIAN
- ☐ ROTA   ☐ NORTHERN IS.
- **CK** Indicate Village

**I. ACTIVITIES**
- ☒ RETAILING
- ☐ CONSTRUCTION
- ☐ TAILORING SHOP
- ☐ OCEAN SHIPPING
- ☐ LAND LEASE
- ☐ NIGHT CLUB
- ☐ SERVICES
- ☒ OTHERS
- ☐ BARBER/BEAUTY SHOP
- ☐ HOUSE RENTAL (UNITS___)
- **PHOTO DEVELOPING**
- **COMM'L. SPACE RENTAL**

*(Specify each separately)*

### J. COMPUTATION OF TAX AND OTHER CHARGES

| | | | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| 1. | TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | 32,577.10 | |
| 2. | TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | 27,291.17 | |
| 3. | TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | 22,673.47 | |
| 4. | TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | 16,085.72 | |
| 5. | TOTAL LINES 1,2,3, AND 4. | 98,627.46 | |
| 6. | LESS REVENUE NOT SUBJECT TO TAX *(see important instructions)* | | |
| 7. | GROSS REVENUE SUBJECT TO TAX *(line 5 minus line 6)* | 98,627.46 | |
| 8. | TAX ON AMOUNT SHOWN ON LINE 7. | 1,972.55 | |
| 9. | TAX ALLOCATED PREVIOUS QUARTER. *(Current year only.)* | 2,063.54 | |
| 10. | **TAX ALLOCATED THIS QUARTER.** *(line 8 minus line 9).* | (90.99) | |
| 11a. | ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | | |
| 11b. | AMOUNT PREVIOUSLY PAID ON ORIGINAL OR AMENDED RETURN. *(see instructions)* | | |
| 12. | TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. *(see instructions)* | | |
| 13. | TAX DUE (OVERPAYMENT) THIS QUARTER BEFORE ETC OFFSET. *(line 10 minus lines 11a ,11b and 12, if any)* | (90.99) | |
| 14a. | ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | | |
| 14b. | ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | |
| 14c. | EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | |
| 14d. | EDUCATION TAX CREDIT *(see instructions/attach Schedule ETC)* | | |
| 15. | OVERPAYMENT CREDIT FROM FORM 1120CM, 1120F, OR 1040CM, IF ANY. *(See instructions)* | | |
| 16. | TAX AFTER CREDIT. *(line 10 minus lines 11a, 11b, 12, 14d and 15)* | (90.99) | |
| 17. | **PENALTY CHARGE**   17a (5%) | | |
| | *(if return is filed and/or paid after the deadline, complete these lines.)*   17b (0.5%) | | |
| 18. | **INTEREST CHARGES.** *(if payment is made after the deadline, complete this line.)* | | |
| 19. | **TOTAL DUE** *(Add lines 16, 17a, 17b, and 18)*   PAY THIS AMOUNT | (90.99) | |

**K. DECLARATION:** Under ...alties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

**Kim, Chang Ryel** / *[signature]*      **President**      **1/31/06**
Name (Typed) & Signature      Title      Date

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name | Mailing Address | | |

### FOR OFFICIAL USE ONLY

| Account No: | Account No: | Account No: | Account No: |
|---|---|---|---|
| Amount: | Amount: | Amount: | Amount: 01-31-06 |
| DATE PAID: | RECEIPT NO: | Received By: | POST MARK: |
| VERIFIED BY: | INPUT DATE: | INPUT BY: | |

Form: OS - 3105 (Rev. 7/2005)      NOTE: This revision is effective 2nd Quarter 2005




## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
## DIVISION OF REVENUE AND TAXATION
### BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
### SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name | | C. 1. Taxpayer's Identification Number (TIN) |
|---|---|---|
| **Island Seven Colors, Inc.** | | **99-0002038** |
| B. Doing Business As | | C. 2. TIN previously reported, if different from above |
| | | **99-0002038** |
| | | D. Quarter Ended **December, 2005** |

| E.1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6618 | Retailing | 882.99 | | |
| 2. 6613 | Photo Developing | 12,702.73 | | |
| 3. 8300 | Rental | 2,500.00 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE $ | **16,085.72** | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

- A. Enter the name of owner for sole proprietorship, partnership, corporation, or association.
- B. Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
- C.1 Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
- C.2. Enter your Employer I.D. Number used in previous quarter.
- D. Enter the quarter ended for which you are filing this schedule.
- E.1. Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
- E.2. Specify the business activity the gross revenue is derived from if such activity code is not listed.
- F. Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
- G. Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
- H. **DO NOT WRITE IN THIS SPACE**

Schedule: **OS-3105A** (Rev. 7/2005)     NOTE: **This revision is effective 2nd Quarter 2005**






# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
### BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(Please Type or print in ink) (See reverse side of this form for instructions) **20 05** DLN _____

| | | |
|---|---|---|
| A.1. Taxpayer's Name: **Island Seven Colors, Inc.** | C.1. Taxpayer's Identification Number (TIN): **99-0002038** | F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED ☐ |
| A.2. Doing Business As | C.2. TIN previously reported, if different from above: **99-0002038** | |
| B. Mailing Address: **PMB 104 Box 10000, Saipan, MP 96950** | D. Quarter Ended: **September, 2005** | |
| CHECK IF: ☐ AMENDED ☐ CONSOLIDATED ☐ ORIGINAL | E. Telephone Number(s): **670234-3312** | DATE |

**G. BUSINESS FORM**
- ☐ SOLE PROPRIETORSHIP
- ☑ CORPORATION
- ☐ NON-PROFIT ORGANIZATION
- ☐ PARTNERSHIP
- ☐ ASSOCIATION

**H. LOCATION OF BUSINESS**
- ☑ SAIPAN  ☐ TINIAN
- ☐ ROTA  ☐ NORTHERN IS.
- Indicate Village: CK

**I. ACTIVITIES**
- ☑ RETAILING  ☐ LAND LEASE  ☐ BARBER/BEAUTY SHOP
- ☐ CONSTRUCTION  ☐ NIGHT CLUB  ☐ HOUSE RENTAL (UNITS ___)
- ☐ TAILORING SHOP  ☑ SERVICES  PHOTO DEVELOPING
- ☐ OCEAN SHIPPING  ☑ OTHER  RENTAL - COMMERCIAL
(Specify each separately)

**J. COMPUTATION OF TAX AND OTHER CHARGES**

| # | Description | Amount | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| 1. | TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | 32,577.10 | |
| 2. | TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | 27,291.17 | |
| 3. | TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | 22,673.47 | |
| 4. | TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | |
| 5. | TOTAL LINES 1,2,3, AND 4. | 82,541.74 | |
| 6. | LESS REVENUE NOT SUBJECT TO TAX (see important instructions) | | |
| 7. | GROSS REVENUE SUBJECT TO TAX (line 5 minus line 6) | 82,541.74 | |
| 8. | TAX ON AMOUNT SHOWN ON LINE 7. | 2,063.54 | |
| 9. | TAX ALLOCATED PREVIOUS QUARTER. (Current year only.) | 1,496.71 | |
| 10. | TAX ALLOCATED THIS QUARTER. (line 8 minus line 9). | 566.83 | |
| 11a. | ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BERT-BWH. | | |
| 11b. | AMOUNT PREVIOUSLY PAID ON ORIGINAL OR AMENDED RETURN. (see instructions) | | |
| 12. | TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. (see instructions) | | |
| 13. | TAX DUE (OVERPAYMENT) THIS QUARTER BEFORE ETC OFFSET. (line 10 minus lines 11a, 11b and 12, if any) | 566.83 | |
| 14a. | ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | | |
| 14b. | ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | |
| 14c. | EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | |
| 14d. | EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | |
| 15. | OVERPAYMENT CREDIT FROM FORM 1120CM, 1120F, OR 1040CM, IF ANY. (See instructions) | | |
| 16. | TAX AFTER CREDIT. (line 10 minus lines 11a, 11b, 12, 14d and 15) | 566.83 | |
| 17. | PENALTY CHARGE  17a (5%) | | |
| | (if return is filed and/or paid after the deadline, complete these lines.) 17b (0.5%) | | |
| 18. | INTEREST CHARGES. (if payment is made after the deadline, complete this line.) | | |
| 19. | TOTAL DUE (Add lines 16, 17a, 17b, and 18) PAY THIS AMOUNT | 566.83 | |

Received By: [signature] 10/31/05 — Revenue and Taxation Collection Branch

**K. DECLARATION:** Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

**Kim, Chang Ryel** [signature]   President   10/28/05
Name (Typed) and Signature   Title   Date

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name | Mailing Address | | |

**FOR OFFICIAL USE ONLY**

| Account No: | Account No: | Account No: | Account No: |
|---|---|---|---|
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | Received By: | POST MARK: |
| VERIFIED BY: | INPUT DATE: | INPUT BY: | |

Form: OS - 3105 (Rev. 7/2005)   NOTE: This revision is effective 2nd Quarter 2005




# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
### BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
### SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name | | C.1. Taxpayer's Identification Number (TIN) | |
|---|---|---|---|
| Island Seven Colors, Inc. | | 99-0002038 | |
| B. Doing Business As | | C.2. TIN previously reported, if different from above | |
| | | 99-0002038 | |
| | | D. Quarter Ended September, 2005 | |

| E.1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6618 | Retailing | 813.90 | | |
| 2. 6613 | Photo Developing | 14,109.57 | | |
| 3. 8300 | Rental | 7,750.00 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE $ | 22,673.47 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

A. Enter the name of owner for sole proprietorship, partnership, corporation, or association.
B. Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
C.1 Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
C.2. Enter your Employer I.D. Number used in previous quarter.
D. Enter the quarter ended for which you are filing this schedule.
E.1. Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
E.2. Specify the business activity the gross revenue is derived from if such activity code is not listed.
F. Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
G. Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
H. **DO NOT WRITE IN THIS SPACE**

Schedule: **OS-3105A** (Rev. 7/2005)                NOTE: **This revision is effective 2nd Quarter 2005**

**ISLAND SEVEN COLORS, INC.**
PMB 104
P. O. BOX 10000
SAIPAN, MP 96950
PH: (670)234-3312

2189
101-501/1214
32

DATE 10/21/05

PAY TO THE ORDER OF  CNMI TREASURER     $ 758.96

— Seven Hundred Fifty Eight & 96/100 —   DOLLARS

**Bank of Hawaii**
GARAPAN BRANCH
SAIPAN, MP 96950

⑂002189⑂ ⑂121405018⑂ 0033″030840⑂

3774 6M3

---

ISLAND SEVEN COLORS, INC.
SAIPAN, MP 96950

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
|  | BGRT | 566.83 | 758.96 |
|  | EWRT | 192.13 |  |

```
                    CNMI Tax System Release 6.0
             Commonwealth of the Northern Mariana Islands
                        Commonwealth Treasury
                        P.O. Box 5234 CHRB
                         Saipan, MP 96950

                         OFFICIAL CASH RECEIPT

Payment Entered: 11/01/2005                      Receipt No.: 001394738

Received From:  Island Seven Colors, Inc.
                PMB 104 Box 10000
                Saipan, MP 969500000

Taxpayer ID  : 990002038   Date: 10/31/2005 12:05:52   Received By: REVLMC1

Payment to Account(s):

    Bus. Gross Revenue Tax-CY              1000 40110              566.83
    990002038   OS-3105G      2005    3
    Island Seven Colors, Inc.


Payment(s) Tendered:
    Check                 1015011214       0032030840
    Cash

                                  TOTAL . . . . . . . :          566.83


              *** KEEP THIS RECEIPT FOR YOUR RECORDS ***
```




**DIVISION OF REVENUE AND TAXATION**
**COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS**

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

20 __ DLN

(Please type or print in ink) (See reverse side of this form for instructions)

| | | |
|---|---|---|
| A. 1. Taxpayer's Name | Island Seven Colors, Inc. | C. 1. Taxpayer's Identification Number (TIN) 99-0002038 |
| A. 2. Doing Business As | | C. 2. TIN previously reported, if different from above 99-0002038 |
| B. Mailing Address | PMB 104 Box 10000, Saipan, MP 96950 | D. Quarter Ended: June, 2005 |
| | | E. Telephone Number: (670) 234-3312 |
| CHECK IF: ☐ AMENDED  ☐ CONSOLIDATED  ☒ ORIGINAL | | F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED. ☐  DATE |

G. BUSINESS FORM:
☐ SOLE PROPRIETORSHIP  ☐ PARTNERSHIP  ☐ CORPORATION  ☐ ASSOCIATION  ☐ NON-PROFIT ORGANIZATION

H. LOCATION OF BUSINESS: ☒ SAIPAN  ☐ TINIAN  ☐ ROTA  ☐ NORTHERN IS. (Indicate Village) CK

I. ACTIVITIES:
☒ RETAILING  ☐ LAND LEASE  ☐ BARBER/BEAUTY SHOP  ☐ CONSTRUCTION  ☐ NIGHT CLUB  ☐ HOUSE RENTAL (UNITS ___)  ☐ TAILORING SHOP  ☐ OCEAN SHIPPING  ☒ SERVICES *Photo Developing*  ☒ OTHER(S) *comml · space rental* (Specify each separately)

## J. COMPUTATION OF TAX AND OTHER CHARGES

| | | | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | 32,577.10 | | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | 27,291.17 | | |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | | | |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | | |
| 5. TOTAL OF LINES 1, 2, 3, AND 4. | 59,868.27 | | |
| 6. LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement or explanation) | | | |
| 7. GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | 59,868.27 | | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | 1,496.71 | | |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S): Current year only  Date: | 814.43 | | |
| 10. TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | 682.28 | | |
| 11. ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | | | |
| 12. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY | | | |
| 13. TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus lines 11 and 12, if any) | 682.28 | | |
| 14a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | | | |
| 14b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | | |
| 14c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | | |
| 14d. EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | | |
| 15a. OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See instructions) | | | |
| 15b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | | |
| 15c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | | |
| 16. TAX AFTER CREDIT. (line 13 minus lines 14d and 15a) | 682.28 | | |
| 17. PENALTY CHARGE (If return is filed and paid after the deadline, complete this line (10%)  17a ( ) | | | |
| | 17b ( %) | | |
| 18. INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | | | |
| 19. TOTAL DUE (Add lines 16, 17a, 17b and 18) PAY THIS AMOUNT | 682.28 | | |

*[Stamp: DROP RETURN Received by: Revenue and Taxation Collection Branch  8/1/05]*

K. DECLARATION: Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

| Name (Typed) and Signature | Title | Date |
|---|---|---|
| Kim, Chang Ryel  *[signature]* | President | 7/29/05 |

| PAID PREPARER'S USE ONLY | Firm's Name: | | Mailing Address: | |
|---|---|---|---|---|
| | Preparer's Signature | Date: | Preparer's SSN: | TIN: |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| Account No: | Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

Form: OS-3105 (Rev. 1/2004)  NOTE: This revision is effective 4th Quarter 2003.

 

# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

A. Taxpayer's Name: **Island Seven Colors, Inc.**

B. Doing Business As:

C. 1. Taxpayer's Identification Number (TIN): 99-0002038

C. 2. TIN previously reported, if different from above: 99-0002038

D. Quarter Ended: June, 2005

| E.1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| 1. 6618 | Retailing | 1,402.75 | | |
| 2. 6613 | Photo Developing | 17,038.42 | | |
| 3. 8300 | Rental | 8,850.00 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| | TOTAL GROSS REVENUE | $ 27,291.17 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

- A. Enter the name of owner for sole proprietorship, partnership, corporation, or association.
- B. Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
- C.1. Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
- C.2. Enter your Federal Employer I.D. Number used in previous quarter.
- D. Enter the quarter ended for which you are filing this schedule.
- E.1. Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
- E.2. Specify the business activity the gross revenue is derived from if such activity code is not listed.
- F. Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
- G. Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
- H. DO NOT WRITE IN THIS SPACE.

Schedule: OS-3105A (Rev.1/2004)

NOTE: **This revision is effective 4th Quarter 2003.**

```
                    CNMI Tax System Release 6.0
              Commonwealth of the Northern Mariana Islands
                        Commonwealth Treasury
                         P.O. Box 5234 CHRB
                          Saipan, MP 96950

                         OFFICIAL CASH RECEIPT
Payment Entered:  8/02/2005                     Receipt No.: 001335726

Received From: Island Seven Colors, Inc.
               PMB 104 Box 10000
               Saipan, MP 969500000

Taxpayer ID  : 990002038   Date: 8/01/2005 13:57:45   Received By: REVJFS2

Payment to Account(s):

    Bus. Gross Revenue Tax-CY             1000 40110                682.28
       990002038    OS-3105G      2005    2
    Island Seven Colors, Inc.


Payment(s) Tendered:
    Check                       1015011214      0032030840

                                     TOTAL . . . . . . . . :      682.28


              *** KEEP THIS RECEIPT FOR YOUR RECORDS ***
```

**ISLAND SEVEN COLORS, INC.**
PMB 104
P. O. BOX 10000
SAIPAN, MP 96950
PH: (670)234-3312

2163

101-501/1214
32

DATE 7/28/05

PAY TO THE ORDER OF __CNMI TREASURER__ $ 873.86

— Eight Hundred Seventy Three & 86/100 — DOLLARS

**Bank of Hawaii**
GARAPAN BRANCH
SAIPAN, MP 96950

⑆002163⑆ ⑈121405018⑈ 0032⑆030840⑈

ISLAND SEVEN COLORS, INC.
SAIPAN, MP 96950

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 7/6/37 | BGRT | 682.38 | 873.86 |
| | ZWRT | 191.58 | |

A2



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/02/05 | BGRT | 814.⁴³ | $1,000.¹⁶ |
| | EWRT | 185.73 | |




## DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN

(Please type or print in ink)   (See reverse side of this form for instructions)   20 **05**   DLN

| | | |
|---|---|---|
| A. 1. Taxpayer's Name **Island Seven Colors, Inc.** | C. 1. Taxpayer's Identification Number (TIN) **99-0002038** | F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED. ☐ |
| A 2. Doing Business As | C. 2. TIN previously reported, if different from above **99-0002038** | |
| B. Mailing Address **PMB 104 Box 10000, Saipan, MP 96950** | D. Quarter Ended **March, 2005** | |
| CHECK IF: ☐ AMENDED ☐ CONSOLIDATED ☑ ORIGINAL | E. Telephone Number **(670) 234-3312** | DATE |

G. BUSINESS FORM:
☐ SOLE PROPRIETORSHIP  ☐ PARTNERSHIP
☑ CORPORATION  ☐ ASSOCIATION
☐ NON-PROFIT ORGANIZATION

H. LOCATION OF BUSINESS:
☑ SAIPAN  ☐ TINIAN
☐ ROTA   ☐ NORTHERN IS.
**CK**
(Indicate Village)

I. ACTIVITIES:
☑ RETAILING       ☐ LAND LEASE       ☐ BARBER/BEAUTY SHOP
☐ CONSTRUCTION    ☐ NIGHT CLUB       ☐ HOUSE RENTAL (UNITS____)
☐ TAILORING SHOP  ☑ SERVICES **PHOTO DEVELOPING**
☐ OCEAN SHIPPING  ☑ OTHER(S): **RENTAL - RES./COMM'L**
(Specify each separately)

| J. COMPUTATION OF TAX AND OTHER CHARGES | | FOR OFFICIAL USE ONLY |
|---|---|---|
| 1. TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | 32,577.10 | |
| 2. TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | | |
| 3. TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | | |
| 4. TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | |
| 5. TOTAL OF LINES 1, 2, 3, AND 4. | 32,577.10 | |
| 6. LESS REVENUE NOT SUBJECT TO TAX. (attach detailed statement of explanation) | | |
| 7. GROSS REVENUE SUBJECT TO TAX. (line 5 minus line 6) | 32,577.10 | |
| 8. TAX ON AMOUNT SHOWN ON LINE 7. | 814.43 | |
| 9. TAX ALLOCATED PREVIOUS QUARTER(S) Current year only | - | |
| 10. TAX ALLOCATED THIS QUARTER. (line 8 minus line 9) | 814.43 | |
| 11. ENTER AMOUNT PAID THIS QUARTER FROM FORM 500-BGRT-BWH. | | |
| 12. TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | | |
| 13. TAX DUE (OVERPAYMENT) THIS QUARTER. (line 10 minus lines 11 and 12, if any) | 814.43 | |
| 14a. ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS MADE THIS YEAR | | |
| 14b. ENTER EDUCATION TAX CREDIT TAKEN PRIOR QUARTER(S) | | |
| 14c. EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | | |
| 14d. EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | |
| 15a. OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM , IF ANY. (See instructions) | | |
| 15b. ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| 15c. ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| 16. TAX AFTER CREDIT. (line 13 minus lines 14d and 15a) | 814.43 | |
| 17. PENALTY CHARGE (If return is filed and paid after the deadline, complete this line.) 17a (10%) | | |
|  17b ( 1%) | | |
| 18. INTEREST CHARGES. (If payment is made after the deadline, complete this line.) | | |
| 19. TOTAL DUE (Add lines 16, 17a, 17b and 18)   PAY THIS AMOUNT | 814.43 | |

K. DECLARATION: Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.

Kim, Chang Ryel | President | 05/02/05
Name (Typed) and Signature | Title | Date

| PAID PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | Mailing Address: | | |

| FOR OFFICIAL USE ONLY | | | |
|---|---|---|---|
| Account No: | Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

Form: OS-3105 (Rev. 1/2004)   NOTE: This revision is effective 4th Quarter 2003.




# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
## SCHEDULE OF GROSS INCOME BY ACTIVITY

(Please type or print in ink) This schedule must be attached to Form OS-3105

| A. Taxpayer's Name | Island Seven Colors, Inc. | C. 1. Taxpayer's Identification Number (TIN) 99-0002038 |
|---|---|---|
| B. Doing Business As | | C. 2. TIN previously reported, if different from above 99-0002038 |
| | | D. Quarter Ended March, 2005 |

| | E. 1. Activity Code | E.2. Specify activity if code is not listed | F. Gross Revenue Derived From Each Activity | G. Check (✓) if activity is final for this quarter | H. FOR OFFICIAL USE ONLY |
|---|---|---|---|---|---|
| 1. | 6618 | Retailing | 1,198.59 | | |
| 2. | 6613 | Photo Developing | 19,628.51 | | |
| 3. | 8300 | Rental | 11,750.00 | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| | | TOTAL GROSS REVENUE | $ 32,577.10 | | |

**INSTRUCTIONS** - The information provided on this schedule must be the same as its corresponding part on Form OS-3105.

- A.   Enter the name of owner for sole proprietorship, partnership, corporation, or association.
- B.   Enter the name(s) under which the taxpayer operates as; e.g. "John Doe's Restaurant".
- C.1. Enter the Taxpayer Identification Number (TIN). If you do not have one, please apply at the Division of Revenue and Taxation, or at the Social Security Administration. (NOTE: The Division of Revenue and Taxation will assign an I.D. Number for use only in reporting CNMI Taxes).
- C.2. Enter your Federal Employer I.D. Number used in previous quarter.
- D.   Enter the quarter ended for which you are filing this schedule.
- E.1. Enter the code (listed on the reverse side of this page) of the type of business activity the gross revenue is derived from.
- E.2. Specify the business activity the gross revenue is derived from if such activity code is not listed.
- F.   Enter the Gross Revenue derived for each activity listed in item E.1. or E.2.
- G.   Place a check mark (✓) if the business activity is final for the quarter. (For example, the retail activity of your business has ceased during the quarter and will not continue this activity in subsequent quarters.)
- H.   DO NOT WRITE IN THIS SPACE.

Schedule: OS-3105A (Rev.1/2004)                    NOTE: This revision is effective 4th Quarter 2003.

```
                    CNMI Tax System Release 6.0
                Commonwealth of the Northern Mariana Islands
                         Commonwealth Treasury
                          P.O. Box 5234 CHRB
                           Saipan, MP 96950

                          OFFICIAL CASH RECEIPT
Payment Entered:  5/03/2005                          Receipt No.: 001273014

Received From: Island Seven Colors, Inc.
               PMB 104 Box 10000
               Saipan, MP 969500000

Taxpayer ID  : 990002038   Date: 5/03/2005  15:51:04   Received By: REVJFS2

Payment to Account(s):

   Bus. Gross Revenue Tax-CY            1000 40110                   814.43
   990002038    OS-3105G      2005    1
   Island Seven Colors, Inc.


Payment(s) Tendered:
   Check                          1015011214     0032030840

                                 TOTAL . . . . . . . . :            814.43


              *** KEEP THIS RECEIPT FOR YOUR RECORDS ***
```