FILED
Clerk
District Court

MAR 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for Plaintiff Jin Chun Hu

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU, | CASE NO. CV 05-0030 |
| Plaintiff, | |
| vs. | |
| ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL and DOE 1, | PROOF OF SERVICE |
| Defendants. | |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 10th day of March 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents.

A.   OPPOSITION TO MOTION TO DISMISS.

Served Via Delivery:

1.   REYNALDO O. YANA, ESQ.
     Law Office of Reynaldo O. Yana
     at 11:00 a.m., Susupe
     Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 10th day of March 2006.

_____
Rowena J. De Vera