FILED
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JIN CHUN HU,

    Plaintiff,

vs.

ISLAND SEVEN COLORS, INCL, KIM CHANG RYEOL and DOE 1,

    Defendants.

Civil Action No. 05-0030

ORDER SETTING STATUS CONFERENCE

Mark B. Hanson
Attorney at Law
PMB 738, P.O. Box 1000
Saipan, MP 96950

Reynaldo O. Yana
Attorney at Law
P.O. Box 500052
Saipan, MP 96950

    IT IS ORDERED that a Status Conference in the above case is scheduled for Thursday, March 30, 2006, immediately following the hearing on the Motion to Dismiss scheduled for 9:00 a.m.

    DATED this 17th day of March, 2006.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)