FILED
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

MAR 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0030                                           March 30, 2006
                                                     9:30 a.m.

**JIN, CHUN HU -vs- ISLAND SEVEN COLORS, INC.**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Mark Hanson, Attorney for Plaintiff
             Reynaldo Yana, Attorney for Defendants

ROCEEDINGS:  MOTION TO DISMISS

    Plaintiff was represented in court by Attorney Mark Hanson.  Attorney Reynaldo Yana was present on behalf of Defendants.

    Court, after hearing all argument, took the matter under advisement and stated that a written opinion would be forthcoming.

Adjourned 9:40 a.m.

K. Lynn Lemieux, Courtroom Deputy