FILED
Clerk
District Court

MAY 02 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL, and DOE I,<br><br>Defendant. | Case No. CV-05-0030<br><br>**ORDER TAKING STATUS CONFERENCE OFF CALENDAR** |

It is hereby ORDERED that the status conference set for May 5, 2006, at 9:30 a.m. be taken off calendar. *See* Case Management Scheduling Order 2 at ¶ 5, No. 10 (Dec. 14, 2006).

**DATED** this 2nd day of May, 2006.

_____
ALEX R. MUNSON
Judge