FILED
Clerk
District Court

MAY 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU, | Case No. CV-05-0030 |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL, and DOE I, | |
| Defendant. | |

**THE COURT**, having dismissed the complaint with leave to amend on March 30, 2006, and having not received an amended complaint, **ORDERS** plaintiff to show cause why the court should not dismiss the complaint with prejudice on May 25, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED** this 10th day of May, 2006.

_____
ALEX R. MUNSON
Judge