FILED
Clerk
District Court

MAY 25 2006

For The Northern Mariana Islands
By_____ (Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

***

CV-05-0030                                    May 25, 2006
                                              9:00 a.m.

### JIN, CHUN HU -vs- ISLAND SEVEN COLORS, INC.

**PRESENT:**  Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Mark Hanson, Attorney for Plaintiff
Reynaldo Yana, Attorney for Defendants

**ROCEEDINGS:**  ORDER TO SHOW CAUSE

Plaintiff was represented in court by Attorney Mark Hanson. Attorney Reynaldo Yana was present on behalf of Defendants.

Attorney Hanson addressed the Court regarding the status of this case; stating that he has not been able to locate his client in China. Attorney Yana had no comments.

Court conditionally DISMISSED the case and stated that a written Order would be forthcoming.

Adjourned 9:10 a.m.

K. Lynn Lemieux, Courtroom Deputy