F I L E D
Clerk
District Court

MAY 2 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU, ) | Civil No. 05-0030 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER CONDITIONALLY |
| ) | DISMISSING WITH PREJUDICE |
| ISLAND SEVEN COLORS, INC.; ) | |
| KIM CHANG RYEOL, and DOE 1, ) | |
| ) | |
| Defendants ) | |

THIS MATTER came before the court on Thursday, May 25, 2006, on an order to show cause why the complaint herein should not be dismissed for plaintiff's failure to file a first amended complaint after the court's previous order of March 30, 2006. Plaintiff appeared by and through Mark B. Hanson; named defendants appeared by and through Reynaldo O. Yana.

AO 72
(Rev. 08/82)

BASED UPON Mr. Hanson's representations that his client now resides in the People's Republic of China and that he mailed to him the court's order of May 11, 2006, as well as other documents, the court's recognition that return mail between the People's Republic of China and the Commonwealth may take longer than two weeks, and the lack of material prejudice to defendants by allowing plaintiff more time to file a first amended complaint, NOW, THEREFORE,

IT IS ORDERED that this matter shall be dismissed with prejudice at 3:30 p.m., Monday, June 26, 2006, without further order of the court, if plaintiff has not filed a first amended complaint by that time.

DATED this 25th day of May, 2006.

_____
ALEX R. MUNSON
Judge