FILED
Clerk
District Court

JUN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIN CHUN HU,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND SEVEN COLORS, INC., KIM CHANG RYEOL, and DOE I,<br><br>Defendant. | Case No. CV-05-0030<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

Because an amended complaint was not filed with the court by June 26, 2006, at 3:30 p.m., the parties are hereby notified that this matter was dismissed with prejudice. *See* Order Conditionally Dismissing With Prejudice, No. 22 (May 25, 2006).

**IT IS SO ORDERED.**

**DATED** this 26th day of June, 2006.

_____
ALEX R. MUNSON
Judge